Kevin Lee LEWIS, Petitioner—
Appellant,

v.

D.L. RUNNELS, Warden, Respondent—
Appellee.

No. 04–57010.

United States Court of Appeals,
Ninth Circuit.

Argued & Submitted April 3, 2006.

Decided April 18, 2006.

Kevin Lee Lewis, HDSP–High Desert State Prison, Susanville, CA, pro se.

Gerson Simon, Los Angeles, CA, for Petitioner–Appellant.

Robert S. Henry, Esq., AGCA–Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge, BRIGHT * and PREGERSON, Circuit Judges.

MEMORANDUM **

The facts of this case are known to the parties.

Petitioner Kevin Lee Lewis alleges that his due process rights were violated when the California trial court denied his motion for a continuance and when he was denied access to a law library. We have considered his claims and find that they lack

---

* The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

merit. *See Kane v. Garcia Espitia,* —— U.S. ——, 126 S.Ct. 407, 163 L.Ed.2d 10 (2005); *United States v. Flewitt,* 874 F.2d 669, 675 (9th Cir.1989).

Petitioner's claim that he did not voluntarily waive his right to counsel was not raised before the district court and is not properly before us on appeal. *See Young v. Runnels,* 435 F.3d 1038, 1044 (9th Cir. 2006).

AFFIRMED.